IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY SIMS, | ) | No. C 11-2105 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN R.M. HILL, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On April 28, 2011, Petitioner, a state prisoner proceeding *pro se*, filed the instant habeas

corpus petition, pursuant to 28 U.S.C. § 2254.  That same day, the Court sent a notification to

Petitioner informing him that he did not file a completed in forma pauperis application, nor did

he pay the required filing fee.  The Court provided a copy of the in forma pauperis application,

along with a return envelope, and a notification that the case would be dismissed if Petitioner

failed to pay the fee or file a completed application with supporting documentation within thirty

days.  To date, Petitioner has not communicated with the Court.  As Petitioner has not filed a

completed in forma pauperis application or paid the filing fee, this case is DISMISSED without

prejudice.  The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED:    6/9/11

LUCY H. KOH
United States District Judge