IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY SIMS, | ) | No. C 11-2105 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN R.M. HILL, | ) | |
| Respondent. | ) | |

    The Court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 6/9/11

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Sims105jud.wpd