IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY SIMS, | ) | No. C 11-2105 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND |
| v. | ) ) ) | |
| R. M. HILL, Warden, | ) ) | |
| Respondent. | ) ) ) | (Docket No. 10) |

Good cause appearing, Respondent's application for an extension of time to file a motion to dismiss or notice that such motion is unwarranted is GRANTED.

Respondent shall file his motion or notice on or before **October 6, 2011**. Petitioner shall any opposition within **thirty (30) days** from the date the motion or notice is filed. Respondent shall file his reply within **fifteen (15) days** thereafter.

This order terminates docket no. 10.

IT IS SO ORDERED.

DATED:  9/21/11

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order Granting Application for Extension of Time to Respond
P:\PRO-SE\SJ.LHK\HC.11\Sims105.EOT-Response.wpd