IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SIMS,<br><br>            Petitioner,<br><br>    v.<br><br>R. M. HILL, Warden,<br><br>            Respondent. | No. C 11-2105 LHK (PR)<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND<br><br>(Docket No. 10) |

Good cause appearing, Respondent's application for an extension of time to file a motion to dismiss or notice that such motion is unwarranted is GRANTED.

Respondent shall file his motion or notice on or before **October 6, 2011**. Petitioner shall any opposition within **thirty (30) days** from the date the motion or notice is filed. Respondent shall file his reply within **fifteen (15) days** thereafter.

This order terminates docket no. 10.

IT IS SO ORDERED.

DATED:  9/21/11

LUCY H. KOH
United States District Judge

Order Granting Application for Extension of Time to Respond
P:\PRO-SE\SJ.LHK\HC.11\Sims105.EOT-Response.wpd