IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SIMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN R. M. HILL,<br><br>　　　　Respondent. | No. C 11-2105 LHK (PR)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br><br><br>(Docket No. 13) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Before the Court is Petitioner's declaration in support of Petitioner's motion for an extension of time to file his opposition to Respondent's motion to dismiss.  The Court construes this declaration as a request for an extension of time.  So construed, Petitioner's request for an extension of time in which to file his opposition to Respondent's motion to dismiss is GRANTED.  Petitioner shall file his opposition no later than **thirty (30) days** from the date this order is filed.  Respondent shall file his reply to Petitioner's opposition **fifteen (15) days** thereafter.

　　　IT IS SO ORDERED.

DATED: 12/12/11

　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion for Extension of Time
P:\pro-se\sj.lhk\hc.11\Sims105eotopp